■ JEROME STADTMULLER et al., Appellants, v METROPOLITAN LIFE INSURANCE Co. et al., Respondents. [707 NYS2d 158] —Order, Supreme Court, New York County (Carol Huff, J.), entered on or about April 9, 1999, which, insofar as appealed from as limited by plaintiff's brief, denied plaintiff's motion for summary judgment on his Labor Law § 240 (1) claim and granted defendants' motions for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff's Labor Law § 240 (1) claim was properly dismissed because he was not, as he claimed, "altering" the building at the time of his fall from a ladder. Plaintiff's replacement of an air filter and chemical media modules on an air-purification unit was part of the routine, quarterly maintenance recommended by the manufacturer and was not performed as part of construction or renovation work. Since the unit was neither inoperable nor malfunctioning, it cannot be argued that the work was a "repair." Thus, his activities were not encompassed within the statute (see, Jehle v Adams Hotel Assocs., 264 AD2d 354, 355; Koch v E.C.H. Holding Corp., 248 AD2d 510, 511, lv denied 92 NY2d 811). Concur—Rosenberger, J. P., Nardelli, Tom and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY PAGGON, Appellant. [707 NYS2d 315] —Judgment, Supreme Court, New York County (Laura Drager, J.), rendered on or about March 25, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Nardelli, Tom, Wallach and Saxe, JJ.